York City, for appellant. C. J. Earley, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

O'LEARY, Respondent, v. HAY FOUNDRY & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by John O'Leary against the Hay Foundry & Iron Company. No opinion. Judgment and order unanimously affirmed, with costs.

O'NEILL, Respondent, v. DICKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Kate M. O'Neill against John A. Dicks. No opinion. Judgment affirmed, with costs.

OPPENHEIMER, Respondent, v. FREEMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Julius Oppenheimer against Henry C. Freeman. B. L. Pettigrew, of New York City, for appellant. F. Herwig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PALMATEER, Respondent, v. RED HOOK LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Lena Palmateer, as administratrix of Delro Palmateer, deceased, against the Red Hook Light & Power Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

PANGBURN, Respondent, v. BUICK MOTOR CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Alfred Pangburn against the Buick Motor Company, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 App. Div. 934, 138 N. Y. Supp. 1132.

PANTE v. CHRISTIAN JACOBS FIREPROOFING & CONCRETE CO., Inc. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Vito Pante against the Christian Jacobs Fireproofing & Concrete Company, Incorporated. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 149 N. Y. Supp. 1101.

PANTE et al., Appellants, v. CHRISTIAN JACOBS FIREPROOFING & CONCRETE CO., Inc., Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Vito Pante and another against the Christian Jacobs Fireproofing & Concrete Company, Incorporated. V. H. Smith, of New York City, for appellants. J. W. Bryant, of New York City, for respondent. No opinion. Order modified, by granting motion on payment of $10 costs, and by striking out of the order the words "by plaintiffs personally." As so modified, order affirmed, without costs. Settle order on notice. See, also, 149 N. Y. Supp. 1101.

PEARL, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Harriet Pearl against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. *Held* that, in view of the form of the order appealed from and the facts disclosed by the papers on appeal, the Special Term was justified in making the order.

PEERLESS PATTERN CO., Respondent, v. McCLURE PUBLICATIONS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the Peerless Pattern Company against the McClure Publications, Incorporated. H. S. Duell, of New York City, for appellant. N. A. Stancliffe, of New York City, for respondent. No opinion. Order modified, by striking out so much thereof as allows the examination of the defendant's officers as to the eighth and sixteenth paragraphs of the complaint, and, as so modified, affirmed, without costs. Settle order on notice.

PECK BROS. & WINCH, Respondents, v. DAVIDSON, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Peck Bros. & Winch against Archibald Davidson. J. Willett, for appellant. C. De W. Rogers, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

PENDLETON, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by William S. Pendleton against William F. Bennett. No opinion. Motion granted, without costs, and appellant's time to print and file papers extended to October 10, 1914.

PEOPLE, Respondent, v. ALDERWICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Proceeding by the People of the State of New York against Charles Alderwick. No opinion. Judgment of conviction and order affirmed.